IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN AND SHERRY STONE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant | No. C-06-0966 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

　　　Before the Court is the parties' Joint Case Management Conference Statement, filed August 8, 2006, by which the parties seek to continue the August 18, 2006 case management conference in the instant action by approximately 120 days. The parties seek a continuance because they anticipate the instant action will be transferred for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation.

　　　Additionally, the Court has been notified by the Judicial Panel on Multidistrict Litigation ("JPML"), by letter dated May 17, 2006, that the JPML has directed the Clerk of the Eastern District of New York to file an order transferring the above-titled action to that court for inclusion in MDL No. 1596.

　　　Accordingly, for good cause shown, the August 18, 2006 case management conference is hereby VACATED.

　　　**IT IS SO ORDERED.**

Dated: August 9, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge